JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MKNK, LLC; MAKSIM KUDINOV; EVGENIIA KUDINOVA; and A.K., a minor by and through her parents Maksim Kudinov and Evgeniia Kudinova,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; CHAD WOLF, Acting Secretary, United States Department of Homeland Security; JEFFREY A. ROSEN, Acting Attorney General of the United States; KENNETH CUCCINELLI, Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services; DONNA P. CAMPAGNOLO, Director, California Service Center, United States Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:21-cv-00001-MCS-MAA<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Re: Motions for Summary Judgment, IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing from this action. The case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 30, 2021

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE